*E-Filed 1/26/11*

JAMES M. WAGSTAFFE (95535)
JACQUELINE SCOTT CORLEY (173752)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
JOSEPH DUNN, in his official capacity as
Executive Director of the State Bar of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER P. DUENAS,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; JOSEPH DUNN in his official capacity as Executive Director of the State Bar of California,<br><br>    Defendants. | Case No. 10-CV-05884-RS<br><br>**STIPULATION RE: FED. R. CIV. P. 17 SUBSTITUTION OF DEFENDANT**<br><br>HON. RICHARD SEEBORG |

Case No. 10-CV-05884-RS                                                    STIPULATION AND [PROPOSED] ORDER

1    On December 27, 2010, Plaintiff filed this action against Joseph Dunn, in his official
2    capacity as Executive Director of the State Bar of California, among other defendants. The
3    proper State Bar of California defendant, however, is James Towery, the Chief Trial Counsel of
4    the State Bar of California. Accordingly, and in order to avoid unnecessary motion practice, the
5    parties stipulate and agree that James Towery, in his official capacity as Chief Trial Counsel of
6    the State Bar of California, shall be substituted as a defendant for Joseph Dunn, in his official
7    capacity as Executive Director of the State Bar of California. The parties also agree that Mr.
8    Towery shall respond to the Complaint by January 27, 2010, the same date by which Mr. Dunn
9    was required to respond.

DATED: January 24, 2011          **KERR & WAGSTAFFE LLP**

By   s/Jacqueline Scott Corley
     JACQUELINE SCOTT CORLEY

Attorneys for Defendant JOSEPH DUNN in his official capacity as Executive Director of the State Bar of California, and JAMES TOWERY in his official capacity as the Chief Trial Counsel of the State Bar of California

DATED: January 21, 2011          **OLENDER PHAM**

By   s/Sean Richard Olender
     SEAN RICHARD OLENDER

Attorneys for Plaintiff CHRISTOPHER P. DUENAS

**IT IS SO ORDERED.**

Dated: __1/26/_____, 2011    _[signature]_

HON. RICHARD SEEBORG

Case No. 10-CV-05884-RS                    1                    STIPULATION AND [~~PROPOSED~~] ORDER

1    I, Jacqueline Scott Corley, am the ECF User whose ID and password are being used to
2 file this Stipulation and [Proposed] Order Re: Fed. R. Civ. P. 17 Substitution Of Defendant.  In
3 compliance with General Order 45, X.B., I hereby attest that Sean Richard Olender, counsel for
4 Plaintiff, has concurred in this filing.

5 DATED: January 24, 2011                    **KERR & WAGSTAFFE LLP**

                                            By  s/Jacqueline Scott Corley
                                                JACQUELINE SCOTT CORLEY

                                            Attorneys for Defendant JOSEPH DUNN in his
                                            official capacity as Executive Director of the State
                                            Bar of California, and JAMES TOWERY in his
                                            official capacity as the Chief Trial Counsel of the
                                            State Bar of California

2

Case No. 10-CV-05884-RS                                STIPULATION AND [PROPOSED] ORDER