*E-Filed 3/4/11*

Olender Pham
Sean Olender, Bar No. 196226
Mahmoud Abouzeid, Jr., Bar No. 64994
4030 Moorpark Avenue, Suite 218
San Jose, CA 95117
Tel: (650) 375-1370
Fax: (650) 989-4209
sean@olenderpham.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER P. DUENAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in his official capacity as Attorney General of California, JAMES TOWERY, in his official capacity as Chief Trial Counsel of the State Bar of California,<br><br>　　　　Defendants. | CASE NO. 3:10-CV-10-05884-RS<br><br>**STIPULATION RE: RESCHEDULING OF HEARING FOR MOTION TO DISMISS**<br><br>Date: March 17, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set<br>Action Filed: December 27, 2010 |

Case No. 10-CV-05884-RS　　　　　　　　　　　　　　　　STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

1

1  Plaintiff has inadvertently failed to comply with Local Rule 7-3. Accordingly, and in
2  order to avoid unnecessary motion practice, the parties stipulate to rescheduling the motion to
3  dismiss hearing to March 31, 2011 at 1:30 p.m.

4  The parties stipulate that Plaintiff's opposition to the motion to dismiss is due
5  March 3, 2011 and Defendants' replies to the opposition are due March 17, 2011.

DATED: March 3, 2011   **KERR & WAGSTAFFE LLP**

By   s/Jacqueline Scott Corley
_____
JACQUELINE SCOTT CORLEY
Attorneys for Defendant JOSEPH DUNN in his official capacity as Executive Director of the State Bar of California, and JAMES TOWERY in his official capacity as the Chief Trial Counsel of the State Bar of California

DATED: March 3, 2011   **ATTORNEY GENERAL OF CALIFORNIA**

By:  s/Michele Inan
_____
Michele Inan
Deputy Attorney General
Attorneys for Defendants Edmund G. Brown, Jr. and Kamala Harris, Attorney General of California

DATED: March 3, 2011   **OLENDER PHAM**

By   s/Sean Richard Olender
_____
SEAN RICHARD OLENDER
Attorneys for Plaintiff Christopher P. Duenas

**IT IS SO ORDERED.**

Dated: __3/3_____, 2011   _____

HON. RICHARD SEEBORG

Case No. 10-CV-05884-RS   STIPULATION AND [PROPOSED] ORDER

Olender Pham
4030 Moorpark Avenue, Suite 218
San Jose, CA 95117
(650) 375-1370

1  I, Sean Olender, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order regarding rescheduling the hearing for the motion to dismiss
3  in this matter. In compliance with General Order 45, X.B., I hereby attest that Jacqueline Scott
4  Corley and Michele Inan, counsel for Defendants, have concurred in this filing.

Dated: March 3, 2011                    **OLENDER PHAM**

                                        By  s/Sean Richard Olender
                                            SEAN RICHARD OLENDER
                                            Attorneys for Plaintiff Christopher P. Duenas

Olender Pham
4030 Moorpark Avenue, Suite 218
San Jose, CA 95117
(650) 375-1370

Case No. 10-CV-05884-RS                                    STIPULATION AND [~~PROPOSED~~] ORDER
3