Olender Pham
Sean Olender, Bar No. 196226
Mahmoud Abouzeid, Jr., Bar No. 64994
4030 Moorpark Avenue, Suite 218
San Jose, CA 95117
Tel:  (650) 375-1370
Fax: (650) 989-4209
sean@olenderpham.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER P. DUENAS,<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in his official capacity as Attorney General of California, JAMES TOWERY, in his official capacity as Chief Trial Counsel of the State Bar of California,<br><br>Defendants. | CASE NO. 10-CV-10-05884-RS<br><br>**STIPULATION RE: RESCHEDULING HEARING ON MOTIONS TO DISMISS**<br><br>Proposed Date: April 14, 2011<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set<br>Action Filed: December 27, 2010 |

Olender Pham
18662 MacArthur Blvd. 2nd Floor
Irvine, CA 92612
(714)782-5640

On January 27, 2011, Defendants filed motions to dismiss noticed for hearing on March 17, 2011. Per stipulation of the parties, the Court continued the hearing to March 31, 2011, to accommodate Plaintiff's late-filed opposition. Plaintiff subsequently filed a motion to supplement and amend his complaint and noticed it for hearing on April 14, 2011.

The parties believe it is in the interests of judicial economy and makes common sense for Defendants' motions to dismiss and Plaintiff's motion to supplement and amend to be heard together.  Accordingly, the parties hereby stipulate to continue the hearing on Defendants' motions to dismiss to April 14, 2011 at 1:30 p.m., the same date and time as the hearing on Plaintiff's motion to supplement and amend his complaint.  The parties further stipulate that Defendants' oppositions to the motion to supplement and amend the complaint shall be filed on or before March 24, 2011, Defendants' reply on the motion to dismiss shall be filed on or before March 31, 2011 and Plaintiff's reply on the motion to supplement and amend the complaint shall be filed on or before March 31, 2011.

DATED: March 15, 2011   **KERR & WAGSTAFFE LLP**

By   s/Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
Attorneys for Defendant JOSEPH DUNN in his official capacity as Executive Director of the State Bar of California, and JAMES TOWERY in his official capacity as the Chief Trial Counsel of the State Bar of California

DATED: March 15, 2011   **ATTORNEY GENERAL OF CALIFORNIA**

By:   s/Michele Inan
Michele Inan
Deputy Attorney General
Attorneys for Defendants Edmund G. Brown, Jr. and Kamala Harris, Attorney General of California

DATED: March 15, 2011   **OLENDER PHAM**

By   s/Sean Richard Olender
SEAN RICHARD OLENDER
Attorneys for Plaintiff Christopher P. Duenas

**IT IS SO ORDERED.**

Dated: __3/16_____, 2011   _____
HON. RICHARD SEEBORG

Olender Pham
18662 MacArthur Blvd. 2nd Floor
Irvine, CA 92612
(714)782-5640

Case No. 10-CV-05884-RS   STIPULATION AND [PROPOSED] ORDER

3