1  JAMES M. WAGSTAFFE (95535)
   Email: wagstaffe@kerrwagstaffe.com
2  MARIA V. RADWICK (253780)
   Email: radwick@kerrwagstaffe.com
3  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Tel: (415) 371-8500
5  Fax: (415) 371-0500

6  STARR BABCOCK (63473)
   Email: star.babcock@calbar.ca.gov
7  LAWRENCE C. YEE (84208)
   Email: lawrence.yee@calbar.ca.gov
8  MARK TORRES-GIL (91597)
   Email: mark.torresgil@calbar.ca.gov
9  **OFFICE OF GENERAL COUNSEL
   THE STATE BAR OF CALIFORNIA**
10 180 Howard Street
   San Francisco, CA 94105-1639
11 Tel: (415) 538-2012
   Fax: (415) 538-2321
12
   Attorneys for Defendant
13 JAMES TOWERY, in his official capacity as Chief
   Trial Counsel of the State Bar of California

14

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17 | CHRISTOPHER P. DUENAS, and MICHAEL L. SCHULTE, | Case No. 10-CV-05884-RS |

18 | | **STIPULATION RE: MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON** |

19 | Plaintiffs | |

20 | v. | |

21 | EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; JAMES TOWERY in his official capacity as Chief Trial Counsel of the State Bar of California, | HON. RICHARD SEEBORG |

25 | Defendants. | |

By Order dated April 6, 2011, the Court granted Plaintiff leave to amend to file the proposed Second Amended Complaint ("SAC") attached to his reply memorandum in support of his motion to amend and denied Defendants' motions to dismiss the original and proposed First Amended Complaint without prejudice to their filing motions to dismiss the SAC.

Following the Court's Order, the parties met and conferred and agreed to the following schedule with regard to the SAC.

| | |
|---|---|
| April 28, 2011: | Defendants' Motions to Dismiss |
| May 12, 2011 | Plaintiffs' Opposition |
| May 19, 2011 | Defendants' Reply Memoranda |
| June 2, 2011 | Hearing on Motions to Dismiss |

In addition, Defendants have agreed to accept electronic service of the SAC.

DATED: April 11, 2011         **KERR & WAGSTAFFE LLP**

By  s/James M. Wagstaffe
    JAMES M. WAGSTAFFE

Attorneys for Defendant JAMES TOWERY in his official capacity as the Chief Trial Counsel of the State Bar of California

DATED: April 11, 2011         **ATTORNEY GENERAL OF CALIFORNIA**

By  s/S. Michele Inan
    KAMALA D. HARRIS
    ATTORNEY GENERAL OF CALIFORNIA
    ZACKERY P. MORAZZINI
    SUPERVISING DEPUTY ATTORNEY GENERAL
    S. MICHELE INAN
    DEPUTY ATTORNEY GENERAL

Attorneys for Defendants Edmund G. Brown Jr., Governor of California and Kamala D. Harris, Attorney General of California

1 | DATED: April 11, 2011 | **OLENDER PHAM**

By s/Sean Richard Olender
SEAN RICHARD OLENDER

Attorneys for Plaintiffs CHRISTOPHER P. DUENAS and MICHAEL L. SCHULTE

**IT IS SO ORDERED.**

Dated: 4/11 , 2011

HON. RICHARD SEEBORG

KERR
&
WAGSTAFFE
LLP

Case No. 10-CV-05884-RS                              2                         STIPULATION AND [PROPOSED] ORDER