Olender Pham
Sean Olender, Bar No. 196226
4030 Moorpark Avenue, Suite 218
San Jose, CA 95117
Tel: (650) 375-1370
Fax: (650) 989-4209
sean@olenderpham.com

Attorneys for Plaintiffs
CHRISTOPHER P. DUENAS
MICHAEL SCHULTE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER P. DUENAS and MICHAEL SCHULTE,<br><br>Plaintiffs,<br><br>vs.<br><br>EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in his official capacity as Attorney General of California, JAMES TOWERY, in his official capacity as Chief Trial Counsel of the State Bar of California,<br><br>Defendants. | CASE NO. 10-CV-05884-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ATTORNEY MAHMOUD ABOUZEID, JR. TO WITHDRAW**<br><br>Hon. Richard Seeborg |

1   Pursuant to Local Rule 11-5, the motion of Mahmoud Abouzeid, Jr. to be withdrawn as
2   an attorney of record for Plaintiffs Christopher P. Duenas and Michael Schulte, is hereby granted.
3   To the Clerk of this Court, pursuant to Olender Pham's Notice of Withdrawal the
4   following attorney shall be removed from the ECF service list:
5   Mahmoud Abouzeid, Jr. (64994)
6   Plaintiffs Christopher P. Duenas and Michael Schulte will continue to be represented by
7   the law firm of Olender Pham.

Dated: __5/24_____, 2011         _____
                                       HON. RICHARD SEEBORG

Case No. 10-CV-05884-RS                                      [PROPOSED] ORDER
                                    2