1  JAMES M. WAGSTAFFE (95535)
   Email: wagstaffe@kerrwagstaffe.com
2  MARIA RADWICK (253780)
   Email: radwick@kerrwagstaffe.com
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
4  San Francisco, CA 94105–1528
   Tel: (415) 371-8500
5  Fax: (415) 371-0500

6  STARR BABCOCK (63473)
   Email: star.babcock@calbar.ca.gov
7  LAWRENCE C. YEE (84208)
   Email: lawrence.yee@calbar.ca.gov
8  MARK TORRES-GIL (91597)
   Email: mark.torresgil@calbar.ca.gov
9  **OFFICE OF GENERAL COUNSEL**
   **THE STATE BAR OF CALIFORNIA**
10 180 Howard Street
   San Francisco, CA 94105-1639
11 Tel: (415) 538-2012
   Fax: (415) 538-2321

12
   Attorneys for Defendant
13 JAMES TOWERY, in his official capacity as Chief
   Trial Counsel of the State Bar of California
14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17 CHRISTOPHER P. DUENAS, | Case No. 10-CV-05884-RS |
| 18     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 19 v. | |
| 20 EDMUND G. BROWN JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; JAMES TOWERY, in his official capacity as the Chief Trial Counsel of the State Bar of California, | HON. RICHARD SEEBORG |
| 24     Defendants. | |

**STIPULATION**

WHEREAS, a Case Management Conference is currently scheduled for Thursday, August 25, 2011, at 10:00 a.m.;

WHEREAS, on August 10, 2011, the Court granted Defendants Motion to Dismiss the Second Amended Complaint. Plaintiffs were afforded leave to amend, within twenty days of the date of the August 10, 2011 Order;

WHEREAS, Plaintiffs have not yet filed an amended complaint;

WHEREAS, continuing the Case Management Conference currently set for Thursday, August 25, 2011, would promote judicial efficiency and preserve the resources of all parties;

IT IS HEREBY STIPULATED THAT the Case Management Conference currently scheduled for August 25, 2011 shall be continued to Thursday, **October 20, 2011**.

DATED: August 18, 2011           **OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA**

By  s/Tamar Pachter
TAMAR PACHTER
DEPUTY ATTORNEY GENERAL

Attorneys for Defendants
Edmund G. Brown Jr.,
Governor of California and Kamala D. Harris,
Attorney General of California

DATED: August 18, 2011           **OLENDER PHAM**

By  s/Sean Richard Olender
SEAN RICHARD OLENDER

Attorneys for Plaintiff
CHRISTOPHER P. DUENAS



Case No. 10-CV-05884-RS                   1                   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: August 18, 2011          **KERR & WAGSTAFFE LLP**

3                                  By  s/Maria Radwick
                                   MARIA RADWICK

5                                  Attorneys for Defendant
                                   JAMES TOWERY, in his official capacity as Chief
                                   Trial Counsel of the State Bar of California

6  **IT IS SO ORDERED.**

8  Dated: ___8/19_____, 2011   *[signature]*

9                                     HON. RICHARD SEEBORG

---

Case No. 10-CV-05884-RS                     2              STIPULATION TO CONTINUE CASE
                                                           MANAGEMENT CONFERENCE