*E-Filed 8/31/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTOPHER P. DUENAS,

      Plaintiff,

v.

EDMUND G. BROWN, et al.,

      Defendants.

No. C 10-5884 RS

**ORDER DISMISSING CASE**

On August 10, 2011, this Court dismissed plaintiffs' complaint, with leave to amend. On August 30, 2011, plaintiffs submitted a notice indicating they no longer wish to pursue the matter and so will not file an amended complaint. They also waive the right to appeal that Order. Accordingly, this case is dismissed and the Clerk may close the matter.

IT IS SO ORDERED.

Dated: 8/31/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-5884 RS
ORDER